1  David Sidran, Bar No. 121063
   dsidran@toschisidran.com
2  TOSCHI, SIDRAN, COLLINS, DOYLE
   A Professional Corporation
3  100 Webster Street, Suite 300
   Oakland, CA 94607
4  Telephone:  (510) 835-3400
   Facsimile:   (510) 835-7800
5
6  Attorneys for Plaintiff ROBIN GONZALES

7  Cynthia O'Neill, Bar No. 132334
   coneill@lcwlegal.com
8  Suzanne Solomon, Bar No. 169005
   ssolomon@lcwlegal.com
9  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
10 153 Townsend Street, Suite 520
   San Francisco, CA 94107
11 Telephone:  (415) 512-3000
   Facsimile:   (415) 856-0306

12 Attorneys for Defendants CITY OF MARTINEZ,
   DAVID CUTAIA, TOM SIMONETTI, MARK
13 SMITH, GARY PETERSON, and DON
   BLUBAUGH
14

15                UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 ROBIN GONZALES,                    | Case No. C 08-01754 JSW
19          Plaintiff,                | STIPULATION RE: EXTENSION OF TIME
                                      | FOR ALL DEFENDANTS TO RESPOND TO
20      v.                            | PLAINTIFF'S COMPLAINT
21 CITY OF MARTINEZ, DAVID CUTAIA,
   TOM SIMONETTI, MARK SMITH,
22 GARY PETERSON, DON BLUBAUGH
   and DOES 1 through 100, inclusive,
23
            Defendants.
24

25      Pursuant to Local Rule 6-1(a), Plaintiff Robin Gonzales, by and through her counsel, and
26 Defendants the City of Martinez, David Cutaia, Tom Simonetti, Mark Smith, Gary Peterson, and
27 Don Blubaugh, by and through their counsel, hereby stipulate that the deadline for City of
28

Case No. C 08-01754 JSW                           STIPULATION RE EXTENSION OF TIME
                                                        TO RESPOND TO COMPLAINT

Martinez, David Cutaia, Tom Simonetti, Mark Smith, Gary Peterson, and Don Blubaugh to respond to Plaintiff's complaint in this action is extended to June 23, 2008.

This stipulation does not alter the date of any event or any deadline already fixed by Court order.

Dated: June 1, 2008

TOSCHI, SIDRAN, COLLINS, DOYLE

By: _____
David Sidran
Attorneys for Plaintiff ROBIN GONZALES

Dated: May 29, 2008

LIEBERT CASSIDY WHITMORE

By: _____
Suzanne Solomon
Attorneys for Defendants
CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, and DON BLUBAUGH

62144.1 MA383-011

Case No. C 08-01754 JSW — - 2 - — STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT