UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robin Gonzaless

                      Plaintiff(s),          CASE NO. C 08-01754 JSW

     v.

City of Martinez, et al.,               NOTICE OF NEED FOR ADR PHONE CONFERENCE

                      Defendant(s).

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference July 25, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| David Sidran | Plaintiff | (510) 835-3400 | dsidran@toschisidran.com |
| Suzanne Solomon | All Defendants | (415) 512-3000 | ssolomon@lcwlegal.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: July 7, 2008

                                                       Attorney for Plaintiff

Dated: July 7, 2008

                                                       Attorney for Defendant

Rev 12.05