IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**             **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: July 25, 2008                 **Court Reporter**: Jim Yeomans

**CASE NO. C-08-1754 JSW**

**TITLE: Robin Gonzales v. City of Martinez, et al.,**

**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

William Jemmot                          Cynthia O'Neill

**PROCEEDINGS:** Initial Case Management Conference

**RESULTS:**   Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by August 1, 2008.

**ADR: Court mediation to be completed by 10-23-08**

**Close of ALL discovery: 1-16-09**

**Hearing on dispositive motions (if any): 4-10-09 at 9:00 a.m.**
**Counsel shall meet and confer re: briefing schedule for cross motions for summary judgment wherein:**
    **Opening Motion due: 2-13-09**
    **Opposition and Cross Motion due: 2-27-09**
    **Reply and Cross Opposition due: 3-13-09**
    **Reply due: 3-27-09**

**Pretrial Conference: 6-22-09 at 2:00 p.m.**

**Jury Trial: 8-3-09 at 8:30 a.m.**