David Sidran, Bar No. 121063
dsidran@toschisidran.com
TOSCHI, SIDRAN, COLLINS, DOYLE
A Professional Corporation
100 Webster Street, Suite 300
Oakland, CA 94607
Telephone:  (510) 835-3400
Facsimile:   (510) 835-7800

Attorneys for Plaintiff ROBIN GONZALES

Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107
Telephone:  (415) 512-3000
Facsimile:   (415) 856-0306

Attorneys for Defendants CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, and DON BLUBAUGH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GONZALES,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, DON BLUBAUGH and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No.  C 08-01754 JSW<br><br>**JOINT CONFIRMATION TO DECLINE ASSIGNMENT TO MAGISTRATE**<br><br>Date:          July 25, 2008<br>Time:         1:30 p.m.<br>Courtroom: 2, 17th Floor<br>Judge:        Hon. Jeffrey S. White |

Whereas, the Honorable Jeffrey S. White requested, during the July 25, 2008 Case

Case No.  C 08-01754 JSW     JOINT CONFIRMATION TO DECLINE ASSIGNMENT TO A MAGISTRATE

Management Conference, that counsel for the parties request their clients to read a pamphlet called: "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California", and report back in a joint pleading filed no later than August 1, 2008 regarding whether the parties would reconsider their prior decision to decline assignment to a magistrate;

Whereas, counsel for the parties has submitted the pamphlet to their respective clients, and discussed with their clients whether to now accept assignment to a magistrate;

Now, therefore, counsel for the parties report that, having considered the pamphlet and the relevant facts, their clients have determined to continue to decline assignment to a magistrate.

Dated: August 1, 2008

TOSCHI, SIDRAN, COLLINS, DOYLE

By: _____
David Sidran
Attorneys for Plaintiff ROBIN GONZALES

Dated: August 1, 2008

LIEBERT CASSIDY WHITMORE

By: _____
Cynthia O'Neill
Attorneys for Defendants
CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, and DON BLUBAUGH

67429.1 MA383-011

Case No. C 08-01754 JSW — - 2 - — JOINT CONFIRMATION TO DECLINE ASSIGNMENT TO A MAGISTRATE