David Sidran, Bar No. 121063
dsidran@toschisidran.com
TOSCHI, SIDRAN, COLLINS, DOYLE
A Professional Corporation
100 Webster Street, Suite 300
Oakland, CA 94607
Telephone: (510) 835-3400
Facsimile: (510) 835-7800

Attorneys for Plaintiff ROBIN GONZALES

Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendants
CITY OF MARTINEZ, DAVID CUTAIA, TOM
SIMONETTI, MARK SMITH, GARY PETERSON
and DON BLUBAUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, DON BLUBAUGH AND DOES 1-100 INCLUSIVE,<br><br>Defendants. | Case No. C-08-01754 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN PEACE OFFICER PERSONNEL RECORDS** |

Plaintiff ROBIN GONZALES, through her counsel of record, and Defendants CITY OF MARTINEZ, GARY PETERSON, TOM SIMONETTI, DON BLUBAUGH, MARK SMITH AND DAVID CUTAIA, by and through their counsel of record, hereby stipulate that a protective

Case No. C-08-01754 JSW          STIP. AND ORD. RE: PEACE OFFICER PERSONNEL RECORDS

order governing the production and use of: (1) an investigative report prepared by Karen Kramer; (2) an investigative report prepared by David Reuben; (3) an internal affairs investigation designated IA 2-02; and (4) an internal affairs investigation designated IA 8-05 (collectively, the Investigative Reports) may be entered as follows:

WHEREAS, Plaintiff is currently employed by the City of Martinez in its Police Department and alleges in this lawsuit that Defendants harassed her and the City of Martinez retaliated against her;

WHEREAS, the City conducted internal investigations of Plaintiff's complaints, and also hired two outside parties to investigate Plaintiff's complaints, and the City and the outside investigators prepared confidential investigative reports regarding their conclusions;

WHEREAS, the Investigative Reports constitute private and confidential peace officer personnel records as defined by California Penal Code § 832.8, the disclosure of which is governed by California Evidence Code §§ 1043 and 1046 and California Penal Code § 832.7; and

WHEREAS, Plaintiff's allegations in this lawsuit have possibly made the Investigative Reports relevant to this litigation;

THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The City of Martinez will provide a copy of the Investigative Reports to Plaintiff, and to her counsel of record in this action.

2. Plaintiff and her counsel of record may use the Investigative Reports only in connection with this subject litigation, entitled *Robin Gonzales v. City of Martinez et al.* (Case No. C-08-01754 JSW), and for no other purpose.

3. Neither Plaintiff nor her counsel of record may disclose the Investigative Reports, or any copy thereof, or information extracted or summarized therefrom except to the following persons, each of whom shall be bound by the terms of this Stipulation and Order and subject to the jurisdiction of this court for purposes of enforcement of this Stipulation and Order:

   (a) The court and its officers or personnel (but only if the document containing the Investigative Report and/or information is filed under seal);

  (b) The attorneys of record in this action, including such attorneys' legal assistants, paralegals, stenographic, and clerical employees working under counsel's direct supervision in this action;

  (c) Independent experts, and their employees specifically retained by the attorneys of record in this action to assist them in the preparation of this action; and

  (d) Third-party witnesses while they are examined by counsel at a deposition in this action, or at the trial of this action.

4. If any party files any portion of the Investigative Reports with any court, it must be filed under seal. Any portion of a pleading, a memorandum of points and authorities or an affidavit or declaration that discloses information contained in the Investigative Reports must also be filed under seal.

5. After the conclusion of this litigation, Plaintiff and her counsel agree to return or destroy the Investigative Reports within 14 calendar days of being so requested by the City of Martinez.

6. By producing the Investigative Reports, Defendants do not waive any objection regarding admissibility, relevance, or any other evidentiary objection, all of which are specifically reserved. Nothing in this Stipulation and Proposed Order shall be construed to restrict the use of information obtained from sources other than the Investigative Reports.

7. This Stipulation may be executed simultaneously or in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the

//
//
//
//
//
//
//
//

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

same instrument.

IT IS SO STIPULATED.

Dated: August 14, 2008

LIEBERT CASSIDY WHITMORE

By: /s/
Suzanne Solomon
Attorneys for Defendants
CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, and DON BLUBAUGH

Dated: August 14, 2008

TOSCHI, SIDRAN, COLLINS, DOYLE

By: /s/
David Sidran
Attorneys for Plaintiff
ROBIN GONZALES

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Jeffrey S. White

68208.1 MA383-011

Case No. C-08-01754 JSW  - 4 -  STIP. AND ORD. RE: PEACE OFFICER PERSONNEL RECORDS