IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBIN GONZALES,

    Plaintiff,

v.

CITY OF MARTINEZ, et al.,

    Defendants.

No. C 08-01754 JSW

**ORDER DENYING STIPULATED PROTECTIVE ORDER WITHOUT PREJUDICE**

On August 14, 2008, the parties filed a proposed stipulated protective order. Upon review of the proposed order, the Court finds that paragraph 4 of the proposed order regarding the filing of documents with the Court under seal does not comply with the Civil Local Rules. *See* Civ. L. R. 79-5. The stipulated protective order is DENIED without prejudice; upon redrafting the offending section, the parties may submit the order for the Court's approval.

**IT IS SO ORDERED.**

Dated: August 15, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE