1  David Sidran, Bar No. 121063
   dsidran@toschisidran.com
2  TOSCHI, SIDRAN, COLLINS, DOYLE
   A Professional Corporation
3  100 Webster Street, Suite 300
   Oakland, CA 94607
4  Telephone:  (510) 835-3400
   Facsimile:  (510) 835-7800
5
6  Attorneys for Plaintiff ROBIN GONZALES

7  Cynthia O'Neill, Bar No. 132334
   coneill@lcwlegal.com
8  Suzanne Solomon, Bar No. 169005
   ssolomon@lcwlegal.com
9  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
10 153 Townsend Street, Suite 520
   San Francisco, CA 94107

11 Telephone:  (415) 512-3000
   Facsimile:  (415) 856-0306
12
13 Attorneys for Defendants
   CITY OF MARTINEZ, DAVID CUTAIA, TOM
14 SIMONETTI, MARK SMITH, GARY PETERSON
   and DON BLUBAUGH

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

19  ROBIN GONZALES,                      Case No. C-08-01754 JSW

20              Plaintiff,               STIPULATION AND [PROPOSED]
                                         ORDER REGARDING CERTAIN PEACE
21  v.                                   OFFICER PERSONNEL RECORDS

22  CITY OF MARTINEZ, DAVID CUTAIA,
    TOM SIMONETTI, MARK SMITH,
23  GARY PETERSON, DON BLUBAUGH
    AND DOES 1-100 INCLUSIVE,
24
                Defendants.
25

26       Plaintiff ROBIN GONZALES, through her counsel of record, and Defendants CITY OF

27 MARTINEZ, GARY PETERSON, TOM SIMONETTI, DON BLUBAUGH, MARK SMITH

28 AND DAVID CUTAIA, by and through their counsel of record, hereby stipulate that a protective

Case No. C-08-01754 JSW                          STIP. AND ORD. RE: PEACE OFFICER
                                                 PERSONNEL RECORDS

order governing the production and use of: (1) an investigative report prepared by Karen Kramer; (2) an investigative report prepared by David Reuben; (3) an internal affairs investigation designated IA 2-02; and (4) an internal affairs investigation designated IA 8-05 (collectively, the Investigative Reports) may be entered as follows:

WHEREAS, Plaintiff is currently employed by the City of Martinez in its Police Department and alleges in this lawsuit that Defendants harassed her and the City of Martinez retaliated against her;

WHEREAS, the City conducted internal investigations of Plaintiff's complaints, and also hired two outside parties to investigate Plaintiff's complaints, and the City and the outside investigators prepared confidential investigative reports regarding their conclusions;

WHEREAS, the Investigative Reports constitute private and confidential peace officer personnel records as defined by California Penal Code § 832.8, the disclosure of which is governed by California Evidence Code §§ 1043 and 1046 and California Penal Code § 832.7; and

WHEREAS, Plaintiff's allegations in this lawsuit have possibly made the Investigative Reports relevant to this litigation;

THE PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The City of Martinez will provide a copy of the Investigative Reports to Plaintiff, and to her counsel of record in this action.

2. Plaintiff and her counsel of record may use the Investigative Reports only in connection with this subject litigation, entitled *Robin Gonzales v. City of Martinez et al.* (Case No. C-08-01754 JSW), and for no other purpose.

3. Neither Plaintiff nor her counsel of record may disclose the Investigative Reports, or any copy thereof, or information extracted or summarized therefrom except to the following persons, each of whom shall be bound by the terms of this Stipulation and Order and subject to the jurisdiction of this court for purposes of enforcement of this Stipulation and Order:

    (a)    The court and its officers or personnel (but only if the party seeking to file

the document in court follows the procedures in Civil Local Rule 79-5 regarding an Administrative Motion for a Sealing Order));

(b) The attorneys of record in this action, including such attorneys' legal assistants, paralegals, stenographic, and clerical employees working under counsel's direct supervision in this action;

(c) Independent experts, and their employees specifically retained by the attorneys of record in this action to assist them in the preparation of this action; and

(d) Third-party witnesses while they are examined by counsel at a deposition in this action, or at the trial of this action.

4. Any party who seeks to file a copy of the Investigative Reports, or any pleading containing information taken from the Investigative Reports, with the Court must follow the procedures in Civil Local Rule 79-5 regarding an Administrative Motion for a Sealing Order.

5. After the conclusion of this litigation, Plaintiff and her counsel agree to return or destroy the Investigative Reports within 14 calendar days of being so requested by the City of Martinez.

6. By producing the Investigative Reports, Defendants do not waive any objection regarding admissibility, relevance, or any other evidentiary objection, all of which are specifically reserved. Nothing in this Stipulation and Proposed Order shall be construed to restrict the use of information obtained from sources other than the Investigative Reports.

7. This Stipulation may be executed simultaneously or in one or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the

//
//
//
//
//
//

Case No. C-08-01754 JSW        - 3 -        STIP. AND ORD. RE: PEACE OFFICER PERSONNEL RECORDS

```
1  //
2  //
3  same instrument.
4       IT IS SO STIPULATED.
5
6  Dated: August 19, 2008        LIEBERT CASSIDY WHITMORE
7
8                                By: _____
9                                   Suzanne Solomon
                                  Attorneys for Defendants
10                                CITY OF MARTINEZ, DAVID CUTAIA,
                                  TOM SIMONETTI, MARK SMITH, GARY
11                                PETERSON, and DON BLUBAUGH
12 Dated: August 19, 2008        TOSCHI, SIDRAN, COLLINS, DOYLE
13
14                                By: _____
15                                   David Sidran
                                  Attorneys for Plaintiff
16                                ROBIN GONZALES
17
        IT IS SO ORDERED.
18
19
   Dated: August 20, 2008        _____
20                                 The Honorable Jeffrey S. White
21 68208.1 MA383-011
```