# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Gonzales,<br>　　　　　Plaintiff(s),<br>　　v.<br>City of Martinez,<br>　　　　　Defendant(s). | 08-01754 JSW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Sue J. Stott**
Thelen Reid Brown Raysman & Steiner, LLP
101 Second St., Suite 1800
San Francisco, CA 94105-3606
415-369-7712

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01754 JSW MED　　　　　　　　　- 1 -

1   Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: August 26, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01754 JSW MED                             - 2 -