1  David Sidran, Bar No: 121063
   dsidran@toschisidran.com
2  TOSCHI, SIDRAN, COLLINS, DOYLE
   A Professional Corporation
3  100 Webster Street, Suite 300
   Oakland, CA 94607
4  Telephone:  (510) 835-3400
   Facsimile:  (510) 835-7800
5
   Attorneys for Plaintiff ROBIN GONZALES
6
   Cynthia O'Neill, Bar No. 132334
7  coneill@lcwlegal.com
   Suzanne Solomon, Bar No. 169005
8  ssolomon@lcwlegal.com
   LIEBERT CASSIDY WHITMORE
9  A Professional Law Corporation
   153 Townsend Street, Suite 520
10 San Francisco, CA 94107

11 Telephone:  (415) 512-3000
   Facsimile:  (415) 856-0306
12
   Attorneys for Defendants
13 CITY OF MARTINEZ, DAVID CUTAIA, TOM
   SIMONETTI, MARK SMITH, GARY PETERSON
14 and DON BLUBAUGH

15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, DON BLUBAUGH AND DOES 1-100 INCLUSIVE,<br><br>    Defendants. | Case No. C-08-01754 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRIVATE MEDIATION** |

Plaintiff ROBIN GONZALES, through her counsel of record, and Defendants CITY OF MARTINEZ, GARY PETERSON, TOM SIMONETTI, DON BLUBAUGH, MARK SMITH AND DAVID CUTAIA, by and through their counsel of record, hereby stipulate to conduct a

private mediation instead of a court-connected mediation. The parties have selected Michael Loeb at JAMS and have scheduled the mediation for October 1, 2008.

IT IS SO STIPULATED.

Dated: September 2, 2008

LIEBERT CASSIDY WHITMORE

By: _____
Suzanne Solomon
Attorneys for Defendants
CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, and DON BLUBAUGH

Dated: September 2, 2008

TOSCHI, SIDRAN, COLLINS, DOYLE

By: _____
David Sidran
Attorneys for Plaintiff
ROBIN GONZALES

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Jeffrey S. White

Case No. C-08-01754 JSW                    - 2 -                    STIP. AND ORD. RE: MEDIATION