1  David Sidran, Bar No: 121063
   dsidran@toschisidran.com
2  TOSCHI, SIDRAN, COLLINS, DOYLE
   A Professional Corporation
3  100 Webster Street, Suite 300
   Oakland, CA 94607
4  Telephone:  (510) 835-3400
   Facsimile:  (510) 835-7800
5
6  Attorneys for Plaintiff ROBIN GONZALES

7  Cynthia O'Neill, Bar No. 132334
   coneill@lcwlegal.com
8  Suzanne Solomon, Bar No. 169005
   ssolomon@lcwlegal.com
9  LIEBERT CASSIDY WHITMORE
   A Professional Law Corporation
10 153 Townsend Street, Suite 520
   San Francisco, CA 94107

11 Telephone:  (415) 512-3000
   Facsimile:  (415) 856-0306
12
13 Attorneys for Defendants
   CITY OF MARTINEZ, DAVID CUTAIA, TOM
14 SIMONETTI, MARK SMITH, GARY PETERSON
   and DON BLUBAUGH

15
16                 UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18
19 ROBIN GONZALES,                          Case No. C-08-01754 JSW

20        Plaintiff,                        STIPULATION AND [PROPOSED]
                                            ORDER REGARDING PRIVATE
   v.                                       MEDIATION
21
22 CITY OF MARTINEZ, DAVID CUTAIA,
   TOM SIMONETTI, MARK SMITH,
23 GARY PETERSON, DON BLUBAUGH
   AND DOES 1-100 INCLUSIVE,
24
          Defendants.
25

26    Plaintiff ROBIN GONZALES, through her counsel of record, and Defendants CITY OF

27 MARTINEZ, GARY PETERSON, TOM SIMONETTI, DON BLUBAUGH, MARK SMITH

28 AND DAVID CUTAIA, by and through their counsel of record, hereby stipulate to conduct a

Case No. C-08-01754 JSW                                    STIP. AND ORD. RE: MEDIATION

1  private mediation instead of a court-connected mediation. The parties have selected Michael
2  Loeb at JAMS and have scheduled the mediation for October 1, 2008.

   IT IS SO STIPULATED.

Dated: September 2, 2008           LIEBERT CASSIDY WHITMORE

                                   By: _____
                                   Suzanne Solomon
                                   Attorneys for Defendants
                                   CITY OF MARTINEZ, DAVID CUTAIA,
                                   TOM SIMONETTI, MARK SMITH, GARY
                                   PETERSON, and DON BLUBAUGH

Dated: September 2, 2008           TOSCHI, SIDRAN, COLLINS, DOYLE

                                   By: _____
                                   David Sidran
                                   Attorneys for Plaintiff
                                   ROBIN GONZALES

   IT IS SO ORDERED.

Dated: September 3, 2008

                                   _____
                                   The Honorable Jeffrey S. White

Case No. C-08-01754 JSW          - 2 -          STIP. AND ORD. RE: MEDIATION