1  David Sidran, Bar No. 121063
   dsidran@toschisidran.com
2  TOSCHI, SIDRAN. COLLINS, DOYLE
   A Professional Corporation
3  100 Webster Street. Suite 300
   Oakland, CA 94607
4  Telephone:   (510) 835-3400
   Facsimile:   (510) 835-7800
5
   Attorneys for Plaintiff ROBIN GONZALES
6
   Cynthia O'Neill, Bar No. 132334
7  coneill@lcwlegal.com
   Suzanne Solomon, Bar No. 169005
8  ssolomon@lcwlegal.com
   LIEBERT CASSIDY WHITMORE
9  A Professional Law Corporation
   153 Townsend Street, Suite 520
10 San Francisco, CA 94107

11 Telephone:   (415) 512-3000
   Facsimile:   (415) 856-0306
12
   Attorneys for Defendants
13 CITY OF MARTINEZ, DAVID CUTAIA, TOM
   SIMONETTI, MARK SMITH, GARY PETERSON
14 and DON BLUBAUGH

15

16                     UNITED STATES DISTRICT COURT

17                     NORTHERN DISTRICT OF CALIFORNIA

18

19 ROBIN GONZALES,                          Case No.  C-08-01754 JSW

20            Plaintiff,                     STIPULATION AND [PROPOSED]
                                             ORDER REGARDING DEADLINE FOR
21 v.                                        PARTIES TO MAKE EXPERT WITNESS
                                             DISCLOSURES
22 CITY OF MARTINEZ, DAVID CUTAIA,
   TOM SIMONETTI, MARK SMITH,
23 GARY PETERSON, DON BLUBAUGH
   AND DOES 1-100 INCLUSIVE.
24
            Defendants.
25

26         Plaintiff ROBIN GONZALES. through her counsel of record. and Defendants CITY OF

27 MARTINEZ, GARY PETERSON, TOM SIMONETTI, DON BLUBAUGH. MARK SMITH

28 AND DAVID CUTAIA, by and through their counsel of record, hereby stipulate that the deadline

Case No. C-08-01754 JSW                      STIP. AND ORD. RE:  EXPERT DISCLOSURES

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

1   for the parties to make the expert witness disclosures specified in F.R.C.P. 26(a)(2) in this matter

2   is October 16, 2008.

3         IT IS SO STIPULATED.

4

5   Dated: September 17, 2008                    LIEBERT CASSIDY WHITMORE

6

7                                                By:

8                                                   Suzanne Solomon
                                                 Attorneys for Defendants
9                                                CITY OF MARTINEZ, DAVID CUTAIA,
                                                 TOM SIMONETTI, MARK SMITH, GARY
10                                               PETERSON, and DON BLUBAUGH

11  Dated: September 17, 2008                    TOSCHI, SIDRAN, COLLINS, DOYLE

12

13                                               By:

14                                                  David Sidran
                                                 Attorneys for Plaintiff
15                                               ROBIN GONZALES

16

17        IT IS SO ORDERED.

18

19  Dated: __September 18, 2008__

20                                               The Honorable Jeffrey S. White

21

22

23

24

25

26

27

28

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107