David Sidran, Bar No. 121063
dsidran@toschisidran.com
TOSCHI, SIDRAN, COLLINS, DOYLE
A Professional Corporation
100 Webster Street, Suite 300
Oakland, CA 94607
Telephone: (510) 835-3400
Facsimile: (510) 835-7800

Attorneys for Plaintiff ROBIN GONZALES

Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendants
CITY OF MARTINEZ, DAVID CUTAIA, TOM
SIMONETTI, MARK SMITH, GARY PETERSON
and DON BLUBAUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, DON BLUBAUGH AND DOES 1-100 INCLUSIVE,<br><br>Defendants. | Case No. C-08-01754 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS ON BRIEFING FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE PARTIAL SUMMARY JUDGMENT** |

Plaintiff ROBIN GONZALES, through her counsel of record, and Defendants CITY OF MARTINEZ, GARY PETERSON, TOM SIMONETTI, DON BLUBAUGH, MARK SMITH AND DAVID CUTAIA, by and through their counsel of record, hereby stipulate that Defendants

may file an opening brief supporting their Motion for Summary Judgment, or in the alternative, for Partial Summary Judgment that is up to 35 pages long, and Plaintiff's opposition may also be up to 35 pages long. Defendants' reply brief may be up to 20 pages long.

IT IS SO STIPULATED.

Dated: February 24, 2009

LIEBERT CASSIDY WHITMORE

By: _____
Suzanne Solomon
Attorneys for Defendants
CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, and DON BLUBAUGH

Dated: February 26, 2009

TOSCHI, SIDRAN, COLLINS, DOYLE

By: _____
David Sidran
Attorneys for Plaintiff
ROBIN GONZALES

Defendants may file a brief no longer than 30 pages, and Plaintiff may file an opposition no longer than 30 pages, and Defendants may file a reply no longer than 20 pages.

IT IS SO ORDERED.

Dated: February 26, 2009

_____
The Honorable Jeffrey S. White

86009.1 MA383-011

Case No. C-08-01754 JSW — - 2 - — STIP. AND ORD. RE: SUMMARY JUDGMENT BRIEFS