IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GONZALES,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF MARTINEZ, et al.,<br><br>    Defendants.<br>_____ / | No. C 08-01754 JSW<br><br>**AMENDED ORDER STRIKING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

On February 24, 2009, the Court granted the parties stipulation regarding page limits, but ordered that Defendants' brief in support of their motion for summary judgment could be no longer than thirty pages. In violation of the Court's Order, on March 6, 2009, Defendants filed a brief that is thirty-four pages long. Accordingly, the Court HEREBY STRIKES Defendants' motion for summary judgment. Defendants may file a motion for summary judgment, not to exceed thirty pages, by no later than March 13, 2009. Plaintiffs will be entitled to file an opposition brief of equivalent length by no later than March 27, 2009. Defendants' reply, if any, not to exceed twenty pages, shall be filed by no later than April 3, 2009. The Court will hear Defendants' motion for summary judgment on May 1, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 9, 2009

                                            JEFFREY S. WHITE<br>
                                            UNITED STATES DISTRICT JUDGE