David Sidran, Bar No. 121063
dsidran@toschisidran.com
TOSCHI, SIDRAN, COLLINS, DOYLE
A Professional Corporation
100 Webster Street, Suite 300
Oakland, CA 94607
Telephone: (510) 835-3400
Facsimile: (510) 835-7800

Attorneys for Plaintiff ROBIN GONZALES

Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendants
CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON and DON BLUBAUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, DON BLUBAUGH AND DOES 1-100 INCLUSIVE,<br><br>Defendants. | Case No. C-08-01754 JSW<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S CLAIMS.** |

WHEREAS, Plaintiff is currently employed by the City of Martinez in its Police Department and alleges in this lawsuit that Defendants harassed her and the City of Martinez retaliated against her;

Case No. C-08-01754 JSW

AMENDED STIP. AND [PROPOSED] ORDER RE: PLAINTIFF'S CLAIMS

WHEREAS, the parties have reached a partial settlement pursuant to which Plaintiff agrees to withdraw various allegations in the First Amended Complaint in this action, but does not agree to dismiss any causes of action or defendants;

Plaintiff ROBIN GONZALES, through her counsel of record, and Defendants CITY OF MARTINEZ, GARY PETERSON, TOM SIMONETTI, DON BLUBAUGH, MARK SMITH AND DAVID CUTAIA, by and through their counsel of record, hereby stipulate and agree as follows:

1. The parties agree that Plaintiff will not allege the following in this action: that Defendant Gary Peterson and the Martinez Police Department Dispatch supervisor created a hostile work environment for Plaintiff by having a conversation on the recorded Dispatch line in 2007; that Plaintiff complained that the conversation created a hostile work environment; that the City Of Martinez harassed, discriminated against or retaliated against Plaintiff by opening an Internal Affairs investigation into whether Plaintiff violated the Department's Media Use Policy in listening to the recorded conversation; or that the City Of Martinez harassed, discriminated against or retaliated against Plaintiff by issuing a written reprimand to Plaintiff regarding the Media Use Policy and/or by changing the signup procedures for Dispatch Center overtime. Accordingly, the following portions of the First Amended Complaint should be, and hereby are, stricken: Paragraph 33 in its entirety; the phrase "instigating internal affairs investigations against her" from paragraph 54 (at page 15, line 6); and the phrase "by instigating unfounded internal affairs investigations against her" from paragraph 74 (at lines 27 and 28 of page 19).

2. The parties agree that Plaintiff will not allege in this action that Defendant Gary Peterson mentioned in Plaintiff's performance evaluations that she had used excessive sick leave.

3. The parties agree that Plaintiff will not allege in this action that Defendant Gary Peterson made any negative comments in Plaintiff's performance evaluations regarding her purging of evidence. The Parties agree that Plaintiff may make any other allegations regarding

any alleged connection between purging and the decision by the City Of Martinez to eliminate the Evidence/Property Technician position. The Parties also agree that at the trial of this action, Gary Peterson may use the original performance evaluation comments regarding purging to refresh his recollection while testifying, but the Parties agree not to offer that document into evidence.

4. The parties agree that Plaintiff will not make allegations in this action regarding an alleged incident where Defendant Gary Peterson called Plaintiff on or about June 15, 2005 to order her in to work on or about June 20, 2005.

5. The parties agree that Plaintiff will not allege in this action that Defendant Gary Peterson made any negative comments in Plaintiff's performance evaluations regarding Plaintiff's attendance or non-attendance at CAPE meetings.

6. The parties agree that Plaintiff will not allege in this action that the CITY OF MARTINEZ issued a written reprimand to Plaintiff dated December 2, 2002 regarding an alleged violation of CLETS policy during a Dispatch "sit-along."

IT IS SO STIPULATED.

Dated: April 2, 2009

LIEBERT CASSIDY WHITMORE
By: _____
Suzanne Solomon
Attorneys for Defendants
CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, and DON BLUBAUGH

TOSCHI, SIDRAN, COLLINS, DOYLE
By: _____
David Sidran
Attorneys for Plaintiff
ROBIN GONZALES

Dated: April 2, 2009

IT IS SO ORDERED.

Dated: April 3, 2009

_____
The Honorable Jeffrey S. White

Case No. C-08-01754 JSW          - 3 -          AMENDED STIP. AND [PROPOSED] ORDER RE: PLAINTIFF'S CLAIMS