IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GONZALES,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF MARTINEZ, et al.,<br><br>    Defendants. | No. C 08-01754 JSW<br><br>**ORDER REGARDING PLAINTIFF'S INTENT TO FILE AMENDED DECLARATIONS** |

    The Court has received Plaintiff's letter explaining her intent to file amended declarations. While Plaintiff was directed to file an amended opposition brief, the Court specifically admonished Plaintiff to not submit any additional evidence in opposition to Defendants' motion for summary judgment. If Plaintiff files any additional evidence in violation of the Court's Orders, the Court will strike such evidence.

    **IT IS SO ORDERED.**

*Jeffrey S. White*

Dated: April 21, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE