David Sidran, Bar No. 121063
dsidran@toschisidran.com
TOSCHI, SIDRAN, COLLINS, DOYLE
A Professional Corporation
100 Webster Street, Suite 300
Oakland, CA 94607
Telephone: (510) 835-3400
Facsimile: (510) 835-7800

Attorneys for Plaintiff ROBIN GONZALES

Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107

Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendants
CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON and DON BLUBAUGH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, DON BLUBAUGH AND DOES 1-100 INCLUSIVE,<br><br>Defendants. | Case No. C-08-01754 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL AND PRETRIAL CONFERENCE DATES** |

Plaintiff ROBIN GONZALES, through her counsel of record, and Defendants CITY OF MARTINEZ, GARY PETERSON, TOM SIMONETTI, DON BLUBAUGH, MARK SMITH AND DAVID CUTAIA, by and through their counsel of record, hereby stipulate to continue the

Case No. C-08-01754 JSW  STIP. AND ORD. RE: CONTINUANCE OF TRIAL AND PRETRIAL CONFERENCE DATES

trial of this matter presently set for September 8, 2009 to the new date of October 19, 2009 in order to accommodate the schedules of the parties and their counsel. It is further stipulated that the Pretrial Conference date presently set for August 10, 2009 shall be continued to September 21, 2009.

IT IS SO STIPULATED.

Dated: ~~May~~ April 30, 2009

LIEBERT CASSIDY WHITMORE

By: _____
Suzanne Solomon
Attorneys for Defendants
CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, and DON BLUBAUGH

Dated: ~~May~~ April 30, 2009

TOSCHI, SIDRAN, COLLINS, DOYLE

By: _____
David Sidran
Attorneys for Plaintiff
ROBIN GONZALES

IT IS SO ORDERED.

Dated: May 1, 2009

_____
The Honorable Jeffrey S. White

Case No. C-08-01754 JSW — 2 — STIP. AND ORD. ~~RE: MEDIATION~~