DAVID R. SIDRAN, ESQ. (SBN 121063)
CARL E. KADLIC (SBN 193778)
TOSCHI ▪ SIDRAN ▪ COLLINS ▪ DOYLE
A Professional Corporation
100 Webster Street, Suite 200
Oakland, California 94607
Tel:   (510) 835-3400
Fax:   (510) 835-7800

Attorneys for Plaintiff ROBIN GONZALES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GONZALES,<br><br>            Plaintiff,<br><br>vs.<br><br>CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, DON BLUBAUGH and DOES 1-100 inclusive,<br><br>            Defendants. | Case No:  C 08-01754 JSW<br><br>[PROPOSED] ORDER VACATING PRETRIAL AND TRIAL DATES |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

The Court, having read and fully considered the Notice of Settlement filed by Plaintiff on August 25, 2009 indicating settlement will be finalized after approval by the Martinez City Counsel hereby orders as follows:

All Pretrial and trial dates have been vacated so as to allow the parties time to complete their settlement and file a stipulation for entry of dismissal. The Court SETS a further case management conference for October 16, 2009 at 1:00 p.m.

**IT IS SO ORDERED.**

DATED: August 27, 2009

_____
JUDGE OF THE SUPERIOR COURT
UNITED STATES DISTRICT JUDGE