1  DAVID R. SIDRAN, ESQ. (SBN 121063)
   CARL E. KADLIC (SBN 193778)
2  TOSCHI ▪ SIDRAN ▪ COLLINS ▪ DOYLE
   A Professional Corporation
3  100 Webster Street, Suite 200
   Oakland, California 94607
4  Tel:   (510) 835-3400
   Fax:   (510) 835-7800
5
   Attorneys for Plaintiff ROBIN GONZALES
6

7

8                   UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 ROBIN GONZALES,                     )   Case No: C 08-01754 JSW
                                        )
12        Plaintiff,                    )   AMENDED
                                        )   [PROPOSED] ORDER VACATING
13 vs.                                  )   PRETRIAL AND TRIAL DATES
                                        )
14 CITY OF MARTINEZ, DAVID CUTAIA,      )
   TOM SIMONETTI, MARK SMITH, GARY      )
15 PETERSON, DON BLUBAUGH and DOES      )
   1-100 inclusive,                     )
16                                      )
          Defendants.                   )
17 _____/

18 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

19        The Court, having read and fully considered the Notice of Settlement filed by Plaintiff on

20 August 25, 2009 indicating settlement will be finalized after approval by the Martinez City

21 Counsel hereby orders as follows:

22        All Pretrial and trial dates have been vacated so as to allow the parties time to complete

23 their settlement and file a stipulation for entry of dismissal. The Court SETS a further case management conference for October 16, 2009 at 1:30 p.m.

24 **IT IS SO ORDERED.**

25

26 DATED: August 27, 2009               _____
                                        ~~JUDGE OF THE SUPERIOR COURT~~
27                                      UNITED STATES DISTRICT JUDGE

28

-1-
ORDER