LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 W. Century Boulevard, Suite 500
Los Angeles, CA 90045

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GONZALES,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF MARINTEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, DON BLUBAUGH AND DOES 1-10 INCLUSIVE<br><br>        Defendants. | Case No. C-08-01754 JSW<br><br>**JUDGMENT REGARDING PLAINTIFF'S CLAIMS AGAINST INDIVIDUAL DEFENDANTS DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON AND DON BLUBAUGH** |

    The motion of individual defendants DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, and DON BLUBAUGH for summary judgment, or in the alternative, for partial summary judgment, came on regularly for hearing before this Court on June 5, 2009, the Honorable Jeffrey S. White presiding. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered (by the Court's order dated June 30, 2009), the Court concludes that Pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay of entry of final judgment regarding Plaintiff's

- 1 -

claims against the individual defendants.

IT IS ORDERED AND ADJUDGED THAT Plaintiff take nothing on her claims against individual defendants DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, and DON BLUBAUGH and that Plaintiff's claims against individual defendants DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, and DON BLUBAUGH be dismissed on the merits. Plaintiff and individual defendants DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, and DON BLUBAUGH are to bear their own costs.

Dated: September 21, 2009

*Jeffrey S. White*

The Honorable Jeffrey S. White

106294.1 MA383-011