David Sidran, Bar No. 121063
dsidran@toschisidran.com
TOSCHI, SIDRAN, COLLINS, DOYLE
A Professional Corporation
100 Webster Street, Suite 300
Oakland, CA 94607
Telephone: (510) 835-3400
Facsimile: (510) 835-7800

Attorneys for Plaintiff ROBIN GONZALES

Cynthia O'Neill, Bar No. 132334
coneill@lcwlegal.com
Suzanne Solomon, Bar No. 169005
ssolomon@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107
Telephone: (415) 512-3000
Facsimile: (415) 856-0306

Attorneys for Defendant CITY OF MARTINEZ

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GONZALES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF MARTINEZ, DAVID CUTAIA, TOM SIMONETTI, MARK SMITH, GARY PETERSON, DON BLUBAUGH and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. C 08-01754 JSW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff ROBIN GONZALES AND Defendant CITY OF MARTINEZ that all claims asserted by Plaintiff ROBIN GONZALES in this action against the CITY OF MARTINEZ are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Case No. C 08-01754 JSW                                           STIPULATION FOR DISMISSAL

1   Each party shall bear its/her own costs and attorney's fees.

2   IT IS SO STIPULATED.

3   Dated: 9/28/09, 2009

LIEBERT CASSIDY WHITMORE

By: _____
Suzanne Solomon
Attorneys for Defendant CITY OF MARTINEZ

8   Dated: 9/21/09, 2009

TOSCHI, SIDRAN, COLLINS, DOYLE

By: _____
David Sidran
Attorneys for Plaintiff
ROBIN GONZALES

12  Dated: 9-20-09, 2009

ROBIN GONZALES

By: _____
ROBIN GONZALES
Plaintiff

16  Dated: 9/25/09, 2009

THE CITY OF MARTINEZ

By: _____
PHILIP VINCE
City Manager, City of Martinez

22  IT IS SO ORDERED.

24  Dated: October 7, 2009

_____
The Honorable Jeffrey S. White

27  74950.1 MA383-011

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
153 Townsend Street, Suite 520
San Francisco, CA 94107